IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANANS FOR COMMUNITY DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN MOTL, in his official capacity as Commissioner of Political practices; TIMOTHY FOX, in his official capacity as Attorney General of the State of Montana, and LEO GALLAGHER, in his official capacity as Lewis and Clark County Attorney,<br><br>　　　　　　Defendants. | CV 14–55–H–DLC<br><br><br>ORDER |

　　Before the Court is Plaintiff's Motion for Leave to File a Motion to Reconsider Denial of Protective Order, Motion to Stay Compliance With Discovery Order, and Motion to Expedite.

　　Pursuant to Local Rule 7.3(b), a motion for leave to file a motion for reconsideration must specifically show either materially different facts or applicable law and that the party did not know of such fact or law before entry of the order, or new material facts that emerged or a change of law that occurred after the order was entered. After careful consideration of the provided excerpt of the

- 1 -

deposition of Jonathan Motl (Doc. 85-1), taken on July 24, 2015, the Court does not find that Plaintiff has presented any materially different facts or any new material facts.

Accordingly, IT IS ORDERED that Plaintiff's motion for leave to file a motion for reconsideration (Doc. 85), motion to stay (Doc. 87) and motion to expedite (Doc. 88) are DENIED.

Dated this 24th day of August, 2015.

_____
Dana L. Christensen, Chief District Judge
United States District Court