Filed order (RONALD M. GOULD, JAY S. BYBEE and PAUL J. WATFORD) Petitioner's motion to expedite consideration of its petition for a writ of mandamus is granted. Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. See Bauman v. U.S. Dist. Court, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied. The motion to stay the district court's August 7, 2015 order pending resolution of the mandamus petition is denied as moot. DENIED. [9714359] (TSP)